Case 4:20-cr-00016-RSB-CLR   Document 1497   Filed 02/09/24   Page 1 of 1

AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America<br>v.<br>Ashely Renee Parrish,<br>a/k/a "Kickin Renee" | )<br>)  Case No:   4:20CR00016-25<br>)<br>)  USM No:   85874-509 |
| Date of Original Judgment:   November 10, 2022<br>Date of Previous Amended Judgment:   N/A<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  John Davidson Carson, Jr.<br>    *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   104 months   **is reduced to**   93 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   November 10, 2022   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   February 9, 2024

Effective Date:   _____
*(if different from order date)*

R. Stan Baker
United States District Judge
Southern District of Georgia